IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY CIECHALSKI,                                   No. C 06-2289 SBA

        Plaintiff,                                              **ORDER**

v.

TIFFANY & CO., LTD. EMPLOYEE
BENEFITS PLAN,

        Defendants.

_____

      Defendant has filed an objection to Magistrate Judge Spero's April 30, 2007 Order Granting in Part and Denying in Part Plaintiff's Motion to Compel. Pursuant to Civil Local Rule 72-2, the Court sets the following briefing schedule:

      IT IS HEREBY ORDERED THAT plaintiff shall file and serve his response to defendant's objection by no later than June 6, 2007.

      IT IS FURTHER ORDERED THAT defendant shall file and serve its reply to plaintiff's response by no later than June 13, 2007.

      IT IS FURTHER ORDERED THAT Judge Spero's April 30, 2007 Order Granting in Part and Denying in Part Plaintiff's Motion to Compel is STAYED until such time as this Court issues a ruling on defendant's objection.

      IT IS SO ORDERED.

Dated: 5/23/07                                         SAUNDRA BROWN ARMSTRONG
                                                          United States District Judge