1  LAW OFFICES OF LAURENCE F. PADWAY
   LAURENCE F. PADWAY  Bar No. 89314
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone:  (510) 814-0680
   Facsimile:  (510) 814-0650
4
   Attorneys for Plaintiff
5  ANTHONY CIECHALSKI

6
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
7  BRUCE D. CELEBREZZE  Bar No. 102181
   DENNIS G. ROLSTAD  Bar No. 150006
8  ERIN A. CORNELL Bar No. 227135
   One Market Plaza
9  Steuart Tower, 8th Floor
   San Francisco, California 94105
10 Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
11 dennis.rolstad@sdma.com

12 Attorneys for Defendant
   TIFFANY AND COMPANY LONG TERM DISABILITY PLAN
13 (incorrectly sued as Tiffany & Co., LTD Employee Benefits Plan)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ANTHONY CIECHALSKI,<br><br>        Plaintiff,<br><br>    v.<br><br>TIFFANY & CO., LTD. EMPLOYEE BENEFITS PLAN,<br><br>        Defendant.<br>HARTFORD LIFE GROUP INSURANCE COMPANY,<br><br>        Real Party In Interest | CASE NO. C06-2289 SBA<br><br>**STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

   IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff Anthony Ciechalski and defendant Tiffany and Company Long Term Disability Plan (incorrectly sued as Tiffany & Co., LTD Employee Benefits Plan), by and through their respective attorneys of

1  record herein, that the entire action, including the complaint, shall be dismissed with prejudice,
2  each party to bear his or its own attorneys' fees and costs.

3  DATED: May 30, 2007  LAW OFFICES OF LAURENCE F. PADWAY

4

5  By: s/ Laurence F. Padway
       LAURENCE F. PADWAY
6      Attorneys for Plaintiff
       ANTHONY CIECHALSKI
7

8

9  DATED: June 5, 2007  SEDGWICK, DETERT, MORAN & ARNOLD LLP

10

11
   By: s/ Dennis G. Rolstad
12     DENNIS G. ROLSTAD
       ERIN A. CORNELL
13     Attorneys for Defendant
       TIFFANY AND COMPANY LONG TERM
14     DISABILITY PLAN
       (incorrectly sued as Tiffany & Co., LTD Employee
15     Benefits Plan)

16

17

18

19  ORDER

20

21      IT IS SO ORDERED.

22

23  DATED: _7/25/07_____    _____
                                   UNITED STATES DISTRICT COURT
24

25

26

27

28

-2-                                                     CASE NO. C06-2289 SBA
STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE